Frank Donley, Respondent, v. Glens Falls Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented, and Robson, J., not sitting.

Michael F. Doyle, Respondent, v. Erwin Tillotson and Edward Tillotson, Appellants.— Judgment affirmed, with costs. All concurred.

Ralph S. Pettibone, as Administrator, etc., of Chauncey S. Pettibone, Deceased, and Others, Respondents, v. Coridon S. Thomson and Others, Impleaded with George T. Loomis, as Receiver, etc., of Coridon S. Thomson, Appellant.— Judgment affirmed, with costs. All concurred except McLennan, P. J., who dissented, and voted for modification of the judgment by requiring plaintiffs to sell the claims transferred as collateral security before resorting to the real estate.

Alton G. Manhart, an Infant, by Mary C. Manhart, His Guardian ad Litem, Respondent, v. John N. Rathbun, Appellant.— Judgment affirmed, with costs. All concurred.

James B. Kehoe, Respondent, v. International Railway Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff within twenty days stipulates to reduce the verdict to the sum of $750 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified affirmed, without costs of this appeal to either party. All concurred.

John Kirby, Plaintiff, v. Montgomery Bros. & Co., Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for defendant upon the nonsuit, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

· John B. Todd, Respondent, v. Lyon De Camp, Appellant.— Judgment reversed, without costs of this appeal to either party, because of decision in appeal between same parties decided at this term of court. (*Post*, p. 922.) All concurred.

John B. Todd, Respondent, v. Lyon De Camp, Appellant.— Interlocutory judgment modified in accordance with memorandum filed with the clerk, and as so modified affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Estate of Frederica Studier, Deceased. George G. Davidson, Jr., as Committee of the Person and Estate of Augusta Studier, Appellant; Carrie Leupold, as Testamentary Trustee of Augusta Studier, Respondent.— Decree of Surrogate's Court affirmed, with costs. All concurred.

Catherine Reptie, as Administratrix, etc., of Albert Reptie, Deceased, Plaintiff, v. Mutual Terminal Company of Buffalo, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied and judgment directed for defendant upon the nonsuit, with costs. All concurred, except McLennan, P. J., not sitting. ·